| | |
|---|---|
| Todd Trierweiler  WSB 27845<br>Todd Trierweiler & Associates<br>4721 NE 102nd Avenue<br>Portland, OR  97220<br>(503) 253-7777<br>Attorney for Debtor | Judge:  Honorable Mary Jo Heston<br>Chapter 13<br>Hearing Location:  via ZoomGov<br><br>Hearing Date:   10/3/2023<br>Hearing Time:  1:00 p.m.<br>Response Date: 9/26/2023 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>Joanne Denise Van Veen,<br><br>　　　　　Debtor. | Case No.: 21-41198-MJH<br><br>NOTICE OF HEARING AND MOTION TO APPROVE AMENDED CHAPTER 13 PLAN |

NOTICE OF HEARING

PLEASE TAKE NOTICE that Debtor's Motion to Approve Amended Chapter 13 Plan IS SET FOR HEARING AS FOLLOWS:

　　　JUDGE:  the Honorable Mary Jo Heston　　　　　　　　　　TIME:  1:00 p.m.

　　　PLACE:  ZoomGov – see link below

https://www.zoomgov.com/j/1614865555?pwd=Q0kyVmZaaGFidXMyQ1daQXFxdVRuQT09

　　　Meeting ID:  161 486 5555　　　Passcode:  827542　　　DATE: October 3, 2023

IF YOU OPPOSE the Motion, you must file your written response with the court clerk and serve a copy on Todd Trierweiler & Associates, 4721 NE 102nd Ave, Portland, OR 97220, NOT LATER THAN THE RESPONSE DATE, which is September 26, 2023. If you file a response you are also required to appear at the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE MOTION, WITHOUT FURTHER NOTICE AND STRIKE THE HEARING.

///

NOTICE OF HEARING AND MOTION TO APPROVE AMENDED CHAPTER 13 PLAN - PAGE 1

　　　　　　　　　　　　　　　　　　　　　　　　　　　Todd Trierweiler & Associates
　　　　　　　　　　　　　　　　　　　　　　　　　　　4721 NE 102nd Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　Portland, OR  97220
　　　　　　　　　　　　　　　　　　　　　　　　　　　(503) 253-7777
　　　　　　　　　　　　　　　　　　　　　　　　　　　fax (503) 253-2959

MOTION TO APPROVE AMENDED CHAPTER 13 PLAN

Joanne Van Veen, Debtor in the within cause, by and through her attorneys, Todd Trierweiler & Associates, requests an Order amending her Chapter 13 Plan. Debtor represents to the Court as follows:

1. The Debtor's present confirmed Chapter 13 Plan was filed on July 16, 2021 ("Present Plan"). Filed concurrent with this Motion is the Debtor's proposed Chapter 13 Plan ("New Plan"). Debtor seeks to have the provisions of the New Plan approved by the Court.

2. Below, in table form, is a comparison of the two Plans.

|  | **Present Plan** | **New Plan** |
|---|---|---|
| **Plan Payment** | $335 per month | Beginning August, 2023 $125 per month x 12, then $325 per month thereafter |
| **Duration** | 36 months | 36 months |
| **Secured Claims** | ¶IVC.3.a. Oregon Comm. Credit Union, $239 per month, 10.23% | ¶VI. Oregon Comm. Credit Union, 2006 Subaru Legacy |
| **Unsecured Claims** | At least $0 | At least $0 |
| **Other** | ¶X. A, B, C, D. and E. | ¶X. A. and B. |

3. Basis for requesting this amendment: To reduce the monthly Plan payment, reflect the Debtor's updated budget and surrender the 2006 Subaru Legacy. (See Amended I & J Schedules filed concurrently.)

4. The New Plan conforms to all the requirements of the Bankruptcy Code, is the Debtor's best effort, and is in the best interest of the estate and all creditors in this case.

WHEREFORE, Debtor requests the following:

A. An Order modifying Debtor's Present Plan, and approving the provisions of the New Plan.

Dated: 8/29/2023

/s/ Gerald Pederson (27841) for Todd Trierweiler
Todd Trierweiler, WSB 27845
Attorney for Debtor

NOTICE OF HEARING AND MOTION TO APPROVE AMENDED CHAPTER 13 PLAN - PAGE 2
Todd Trierweiler & Associates
4721 NE 102nd Avenue
Portland, OR 97220
(503) 253-7777
fax (503) 253-2959

Case 21-41198-MJH    Doc 66    Filed 08/30/23    Ent. 08/30/23 15:25:41    Pg. 2 of 2